FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY -1 PM 12: 22

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MILTON MILLER MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 106-017 |
| ) | |
| TWO STATE CONSTRUCTION CO., ) | |
| MIKE TYLER, SARAH GARTRELL, ) | |
| FARMERS & MERCHANTS BANK, ) | |
| LINDA SHELDON, and SHAW, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed *in forma pauperis* is **DENIED**, and this action is **DISMISSED** without prejudice.

SO ORDERED this 1st day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE